JS-6

**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811

Attorneys for Defendant,
Quality Loan Service Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALONSO; BRENDA ROJAS,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP.;<br>SAXON MORTGAGE SERVICES, INC.,<br>AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. EDCV 09-111-R<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Date:   March 30, 2009<br>Time:   10:00<br>Ct.Rm: 8<br>Judge: Hon. Manuel L. Real |

Defendant QUALITY LOAN SERVICE CORP.'s Motion to Dismiss Plaintiffs MARIO ALONSO and BRENDA ROJAS (collectively as PLAINTIFFS)' Complaint came before this Court at the above-captioned date, time, and courtroom. After review of the pleadings and records on file herein:

IT IS HEREBY ORDERED that QUALITY LOAN SERVICE CORP.'s Motion to Dismiss is granted.

IT IS HEREBY ORDERED that PLAINTIFFS' Complaint is dismissed without leave to amend.

IT IS HEREBY ORDERED that M.W. Roth P.L.C. and/or Mitchell Roth are jointly and severally liable to reimburse plaintiffs any monies paid to file or pursue this lawsuit.

/ / / /

/ / / /

1    IT IS HEREBY ORDERED that M.W. Roth P.L.C. and Mitchell Roth, jointly and
2    severally, shall pay all attorneys' fees incurred by defendants in defending this action.

Dated: April 15, 2009        By: _____
                                 Hon. Manuel L. Real
                                 Judge of United States District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4811

2
[*PROPOSED*] ORDER GRANTING MOTION TO DISMISS

L:\Word Legacy Documents\Templates\Civil\CA-POS.dot