LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALONSO; BRENDA ROJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP.;<br>SAXON MORTGAGE SERVICES,<br>INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. EDCV-09-0111-R<br><br>Hon. Manuel L. Real<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER AWARDING SAXON MORTGAGE SERVICES, INC. ATTORNEY'S FEES**<br><br>**Filed Concurrently with:**<br>1. [Proposed] Order Awarding Attorney's Fees<br>2. Declaration of Matthew B. McClendon |

///
///
///
///
///
///

1
Notice of Lodging

1  Defendant Saxon Mortgage Services, Inc. hereby lodges with the Court its
2  [Proposed] Order Awarding Saxon Mortgage Services, Inc. Attorney's Fees.

4  Dated: May 20, 2009                    Respectfully submitted,

   LOCKE LORD BISSELL & LIDDELL LLP


   By: /s/ Matthew B. McClendon
        Matthew B. McClendon

   Attorney for Defendant
   SAXON MORTGAGE SERVICES, INC.

**CERTIFICATE OF SERVICE**

I, Matthew B. McClendon, an attorney, do hereby certify that on May 20, 2009, I caused a copy of the foregoing NOTICE OF LODGING OF [PROPOSED] ORDER AWARDING SAXON MORTGAGE SERVICES, INC. ATTORNEY'S FEES to be served by the method so indicated below upon the following parties:

Mitchell W. Roth
*Or attorney currently responsible for the matter referenced herein*
M.W. Roth, PLC
13245 Riverside Drive, Suite 510
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: May 20, 2009          By:   /s/ Matthew B. McClendon
                                         Matthew B. McClendon